**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **In Re: Larry Klayman** | Case No.: 3:20-mc-00043-B |

**INTERIM RESPONSE TO ORDER TO SHOW CAUSE**

Larry Klayman hereby puts the Court on notice, on an interim basis, that he will file petitions for rehearing by the division and if necessary en banc with regard to the June 11, 2020 order of the District of Columbia Court of Appeals, within 14 days and 30 days respectively. Thus, the order of the District of Columbia Court of Appeals is not final. Mr. Klayman will at the appropriate time, should the June 11, 2020, order become final, show cause why reciprocal discipline should not be imposed.

Further, Mr. Klayman respectfully requests the reason why and basis for the Court issuing its show cause order on June 15, 2020. In this regard, an inquiry was with the Court on June 15, 2020, and Mr. Klayman left a voicemail on the answering service for chambers. Today, Mr. Klayman received a return call from someone who identified herself as Janelle, but she advised that she could not shed light as to why the Court issued the show cause order at this time, before Mr. Klayman exhausts all of his legal rights.

Mr. Klayman respectfully requests an expeditious explanation in this regard, including who brought the June 11, 2020 order of the District of Columbia Court of Appeals to this Court's attention, since the District of Columbia Bar and its Disciplinary Counsel would not have so notified this Court, especially at this time, given its established procedures.

2

Dated: June 16, 2020	Respectfully submitted,

                */s/ Larry Klayman*
                Larry Klayman, Esq.
                KLAYMAN LAW GROUP P.A.
                7050 W. Palmetto Park Rd
                Boca Raton, FL, 33433
                Tel: 561-558-5536
                Email: leklayman@gmail.com