IN THE UNITED STATES DISTRICT COUR
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| In re Larry E. Klayman | § § § | No. 3:20-MC-043-B |

### ORDER

The District of Columbia Court of Appeals suspended attorney Larry Klayman from the practice of law on June 11, 2020. *See* ECF No. 1-1 ("Suspension Order"). Mr. Klayman is therefore subject to the reciprocal loss of his membership on the bar of this court under Local Civil Rule 83.8(h) and Local Criminal Rule 57.8(h). Generally, reciprocal discipline may be imposed if the Suspension Order is based on any reason other than nonpayment of dues, failure to meet continuing legal education requirements, or voluntary resignation unrelated to a disciplinary proceeding or problem. *See* LR 83.8(a) and LCrR 57.8(a).

On June 15, 2020, the undersigned issued a standing order for Mr. Klayman to show cause why this court should not impose reciprocal discipline. *See* ECF No. 1. Mr. Klayman filed an "Interim Response" on June 16, 2020. *See* ECF No. 2. In it, Mr. Klayman states that he intends to petition the District of Columbia Court of Appeals for rehearing and for rehearing en banc, if necessary, within the next 14 and 30 days, respectively. He also requests an explanation regarding who brought the Suspension Order to this court's attention, "since the District of Columbia Bar and its Disciplinary Counsel would not have so notified this Court, especially at this time, given its established procedures." *Id.*, at p. 1.

To the extent the Interim Response suggests the District of Columbia Bar or its Disciplinary Counsel may have issued notification of the Suspension Order to this court, that is not the case. The Suspension Order has been reported in the news and is a matter of public record.

The Interim Response makes no attempt to show cause why reciprocal discipline should not be imposed. To the extent the Interim Response may be intended or interpreted as a request for an extension of time in which to file such a response, that request is **DENIED.**

**Mr. Klayman's response to the court's standing show-cause order is due within 14 days of the date the order issued, or by June 29, 2020.** *See* **ECF No. 1.**

Signed this 17th day of June, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE