**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**In Re: Larry Klayman**

Case No.:  3:20-mc-00043-B

## NOTICE OF APPEARANCE

Notice is hereby given that Sanjay Biswas, Esq hereby enters his appearance as attorney of record for Respondent Larry Klayman in all further proceedings in this matter and request that all further notices from the Court, copies, and pleadings be sent to him.

 Dated: August 17, 2020                                    Respectfully submitted,


                                                                 */s/ Sanjay Biswas*
                                                                 Sanjay Biswas, Esq.
                                                                 TX Bar # 24061235
                                                                 11720 Duxbury Dr.
                                                                 Frisco, TX, 75035
                                                                 Tel: 972-866-5879
                                                                 sanjaybiswas41@gmail.com
                                                                 Counsel for Respondent

1