UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: LARRY E. KLAYMAN | § § § | No. 3:20-MC-043-B |

ORDER

Before the Court is Counsel's *Motion to Chief Judge Barbara M.G. Lynn to Intervene in the Interests of Justice and the Proper Administration of this Court and to Vacate Orders of the Honorable Jane Boyle Imposing Reciprocal Discipline without Due Process of Law and to Adher [sic] to and Comply with Rule 83.8(h)(3) of this Court* (ECF No. 12). The Court interprets this motion as a request to reconsider its ruling on the motion for abeyance (ECF No. 11).

For reasons previously stated in prior orders of this Court, the motion (ECF No. 12) is denied.

SO ORDERED.

SIGNED THIS 19th DAY of AUGUST, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE