IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE: LARRY E. KLAYMAN           §           Misc. No. 3:20-MC-043-B

Before FITZWATER, Senior District Judge, and GODBEY and BOYLE, District Judges.

## ORDER

Respondent's December 17, 2020 motion for reconsideration and to amend order of December 16, 2020 is DENIED.

**SO ORDERED**.

December 18, 2020.

FOR THE PANEL:

*[signature: Sidney A. Fitzwater]*
SIDNEY A. FITZWATER
SENIOR JUDGE