

# OFFICE OF DISCIPLINARY COUNSEL

**Hamilton P. Fox, III**
*Disciplinary Counsel*

**Julia L. Porter**
*Deputy Disciplinary Counsel*

*Senior Assistant Disciplinary Counsel*
Myles V. Lynk
Becky Neal

*Assistant Disciplinary Counsel*
Caroll G. Donayre
Jerri U. Dunston
Dru Foster
Jason R. Horrell
Ebtehaj Kalantar
Jelani C. Lowery
Sean P. O'Brien
Joseph C. Perry
Melissa J. Rolffot
William R. Ross
Traci M. Tait
Cynthia G. Wright

*Senior Staff Attorney*
Lawrence K. Bloom

*Staff Attorney*
Arquimides R. Leon
Amanda Ureña
Angela Walker

*Manager, Forensic Investigations*
Charles M. Anderson

*Investigative Attorney*
Azadeh Matinpour

September 15, 2022

United States District Court
 for the Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, TX 75242

      Re: *In re Larry E. Klayman*
          DCCA No 20-BG-583
          Disciplinary Docket No. 2011-D028
          <u>NOTICE OF SUSPENSION</u>

To Whom It May Concern:

      Enclosed please find a copy of an order of the District of Columbia Court of Appeals disciplining the above-named attorney. Our records reflect that Respondent is also licensed to practice law in the United States District Court for the Northern District of Texas.

      If you require additional documents regarding this disciplinary matter, please do not hesitate to contact me at (202) 638-1501. *<u>Please note, we can only accept expedited deliveries via USPS express mail</u>*.

                      Sincerely,

                      <u>s/*Lawrence K. Bloom*</u>
                      Senior Staff Attorney

LKB/his

Enclosure:  DCCA Court Order for *In re Larry E. Klayman*
                    Disciplinary Docket No. 2011-D028