## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **In Re: Larry Klayman** | |
| | Case No.:  3:20-mc-00043-B |

### RESPONDENT LARRY KLAYMAN'S NOTICE OF ORDER FROM U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT

Respondent Larry Klayman ("Mr. Klayman") hereby informs the Court of a recent order and letter of the U.S. Court of Appeals for the Fifth Circuit ("Fifth Circuit") staying consideration of reciprocal discipline pending the outcome of Mr. Klayman's challenges to the suspension order of the District of Columbia Court of Appeals in *In re Klayman*, 20-BG-583 (D.C.C.A.) (the "Suspension Order"). Specifically, the Fifth Circuit wrote:

> Further to your response to this Court's Order to Show Cause, please be advised that the order of suspension became final on December 7, 2022. However, the Court has chosen to withdraw the suspension order and hold this Court's reciprocal disciplinary proceeding against you in abeyance pending final disposition of your Superior Court Rule 60 complaint and writ of mandamus or certiorari petition proceedings.

> Please advise this Court when the above-referenced proceedings are concluded. Failure to keep this Court informed of the status of the proceedings may result in the imposition of reciprocal discipline without further notice.

> Please find enclosed a copy of an order with cover letter withdrawing the order of suspension. Exhibit 1.

Clearly, the Fifth Circuit saw the merits of Mr. Klayman's complaint filed in the District of Columbia Superior Court pursuant to D.C. Superior Court Civil Rule 60 (the "Rule 60 Complaint"), which is why they issued the attached order staying consideration of reciprocal discipline.

Mr. Klayman respectfully requests that this Court follow the Fifth Circuit's decision and also stay consideration of any reciprocal discipline until he has had an opportunity to fully challenge the Suspension Order through the Rule 60 Complaint as well as through a petition for writ of mandamus and/or writ of certiorari to the Supreme Court. This is in the interest of judicial efficiency to preserve the limited resources of both Mr. Klayman and the Court, and more importantly the interests of fundamental fairness and justice.

Also importantly, any reciprocal discipline order by this Court would be appealable to the Fifth Circuit and this is yet another compelling reason to allow the Rule 60 Complaint and writ of mandamus and/or certiorari before the Supreme Court to be pursued, before reciprocal discipline by this Court is even considered – consistent with the Fifth Circuit's order.

DATED: January 5, 2023                          Respectfully submitted,


                                                /s/ Larry Klayman
                                                Larry Klayman, Esq.
                                                7050   W.   Palmetto   Park   Road
                                                Boca Raton, FL 33433
                                                Email: leklayman@gmail.com
                                                Tel: 561-558-5336

                                                *Pro Se*

EXHIBIT 1

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL.  504-310-7799**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA  70130**

December 8, 2022

Larry Klayman
7050 W. Palmetto Park Road
Boca Raton, FL 33433

Dear Mr. Klayman:

Further to your response to this Court's Order to Show Cause, please be advised that the order of suspension became final on December 7, 2022. However, the Court has chosen to withdraw the suspension order and hold this Court's reciprocal disciplinary proceeding against you in abeyance pending final disposition of your Superior Court Rule 60 complaint and writ of mandamus or certiorari petition proceedings.

Please advise this Court when the above-referenced proceedings are concluded. Failure to keep this Court informed of the status of the proceedings may result in the imposition of reciprocal discipline without further notice.

Please find enclosed a copy of an order withdrawing the order of suspension.

Very truly yours,

LYLE W. CAYCE, Clerk

By _____
    Melissa Shanklin, Deputy Clerk

Enclosure

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 8, 2022

Lyle W. Cayce
Clerk

## ORDER

On November 2, 2022 this Court issued an order directing Larry E. Klayman to show cause why his right to practice before this Court should not be suspended reciprocal to a September 15, 2022 order of suspension issued by the District of Columbia Court of Appeals. This Court's self-executing show cause suspension order became effective December 7, 2022.

At the direction of the Chief Judge, IT IS ORDERED that the order of suspension hereby is WITHDRAWN.

LYLE W. CAYCE, Clerk
United States Court of Appeals for the Fifth Circuit

By _Melissa Shanklin_

Melissa Shanklin, Deputy Clerk

FOR THE COURT - BY DIRECTION
Address:
Clerk of Court,
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

**A True Copy**
**Certified Dec 08, 2022**

_Lyle W. Cayce_

**Clerk, U.S. Court of Appeals, Fifth Circuit**